# AFFIDAVIT OF SERVICE
## OCTOBER 25, 2018

**SHERIFF'S NUMBER:** L 287837  Defendant Sequence 1 of 1  **Officer:** DOUGLAS HARVATT
**Type of Service:** SUMMONS AND COMPLAINT

I, MILDRED S. SCOTT, Sheriff of MIDDLESEX COUNTY, do hereby deputize

_____Douglas Harvatt_____
(Print Officer's Name)
and appoint to be my deputy, to execute and return the writ to court as directed by law.

**ATTORNEY**
SMITH & MCELWAIN
530 FRANCES BUILDING
505 FIFTH ST PO BOX 1194
SIOUX CITY, IA 51102

**CHECK #** 45615  Control: # 799155
**AMOUNT** $ 31.16

**COURT DATA** INUNEZ
Court of Issuance UNITED STATES DISTRICT COURT       Return Date
Docket 18CV00033     State IO     County of Venue WESTERN DIVISION

**CAPTION OF CASE**
CHERLY A DOWNS
VS  BASF CORP., ET AL

**DEFENDANT OR NAMED WITHIN TO BE SERVED**
**CORPORATION NAME**   BERJI, INC. C/O MANAGING OR GENERAL AGENT
700 BLAIR ROAD
CARTERET, NJ 07008

**PAPERS SERVED**
SUMMONS AND COMPLAINT and PLEASE GET DESCRIPTION OF PERSON SERVED

**SERVICE DATA RECORDED**
[✓] Served Successfully    [ ] Unable to Serve    Date: 10-30-18    Time: 1640

**REMARKS**

___ Copy/Copies Served
[ ] Personally
[ ] On Competent Household Member Over The Age of 14 Years
[ ] Personally Served on Self and for Spouse
[ ] On Officer, Director or Trustee
[✓] On Managing Agent
[ ] On Registered Agent
[ ] On Other
ATTEMPTS [ ]

**PERSON SERVED:** Frank D'Amico

[ ] Defendant Is in the Military    [ ] Defendant Not in the Military

Sex:    [✓] Male    [ ] Female
Skin:   [✓] White   [ ] Black   [ ] Yellow   [ ] Brown   [ ] Red
Height: [ ] Under 5 Feet  [ ] 5.0-5.6 Feet  [✓] 5.7-6.0 Feet  [ ] Over 6 Feet
Weight: [ ] Under 100 lbs  [ ] 100-150 lbs  [✓] 151-200 lbs  [ ] Over 200 lbs
Hair:   [ ] Black  [ ] Brown  [ ] Blond  [✓] Gray  [ ] Red  [ ] White  [ ] Balding
Age:    [ ] 14-20  [ ] 21-35  [ ] 36-50  [✓] 51-65  [ ] Over 65

SWORN TO AND SUBSCRIBED BEFORE ME
ON October 30, 2018

BARBARA A DELOACH
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 2281052
MY COMMISSION EXPIRES DEC. 28, 2021

Signature #100
Deputy Sheriff of MIDDLESEX COUNTY
State of New Jersey