**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**WESTERN DIVISION**

| | |
|---|---|
| **CHERYL A. DOWNS,** ) | |
| ) | |
| **Plaintiff,** ) | **Case No. 18-cv-00033-RP-CFB** |
| ) | |
| **v.** ) | |
| ) | |
| **BASF, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ENTRY OF APPEARANCE OF SAMUEL L. BLATNICK

COMES NOW Samuel L. Blatnick, and hereby enters his appearance as counsel for Defendant, O'Laughlin Industries, Inc., in the above-referenced Action.

Respectfully submitted, this 16th day of November, 2018.

By: */s/Samuel L. Blatnick*
Samuel L. Blatnick        IA# AT0011632
STINSON LEONARD STREET LLP
1201 Walnut Street, Suite 2900
Kansas City, MO  64106
Telephone:  (816) 691-2712
Facsimile:  (816) 412-1039
sam.blatnick@stinson.com

**ATTORNEY FOR O'LAUGHLIN INDUSTRIES, INC.**

## **CERTIFICATE OF SERVICE**

I certify that on November 16, 2018, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all parties. Parties may access this filing through the Court's system.

*/s/ Samuel L. Blatnick*