# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| CHERYL A. DOWNS and LINDA HUNTLEY,<br><br>  Plaintiffs,<br><br>v.<br><br>DSM FOOD SPECIALTIES USA INC.; GIVAUDAN FLAVORS CORPORATION; and SYMRISE INC.,<br><br>  Defendants. | Case No: 1:18-cv-00033-RP-SHL<br><br><br>**NOTICE OF SETTLEMENT OF PLAINTIFFS' CIVIL ACTION AGAINST DEFENDANT SYMRISE INC.** |

Defendant Symrise, Inc. for its Notice of Settlement of Plaintiffs' Civil Action Against Symrise Inc., hereby states as follows:

1. Plaintiffs have resolved their civil action against Defendant Symrise, Inc.

2. A proposed order of dismissal will be submitted to the Court under separate filing.

3. At this time, Defendant Symrise Inc.'s pending motion for summary judgment filed on February 22, 2021 (Document Nos. 288 and 288 (1)-(2)) is moot as to Symrise only; therefore, Symrise is no longer requesting the Court rule on the motion for summary judgment it filed as to Symrise. There were joinders in this motion filed by co-defendants which remain pending before the Court.

Respectfully Submitted By:

**SWANSON, MARTIN & BELL, LLP**

/s/ Ronald Wisniewski
One of the attorneys for Defendant
*SYMRISE INC.*
David E. Kawala (dkawala@smbtrials.com)
Ron Wisniewski (rwisniewski@smbtrials.com)
Emily J. Fitzgerald (efitzgerald@smbtrials.com)
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Tele.   312-321-8436
Fax:    312-321-0990

Richard A. Stefani
Gray, Stefani & Mitvalsky, P.L.C.
425 Second St. S.E., Suite 700
P.O. Box 456
Cedar Rapids, Iowa 52406-0456
Tel.    319-364-1535
Fax:    319-364-1562
rickstefani@gsmlawyers.com

**CERTIFICATION OF SERVICE**

I certify that on June 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all parties. Parties may access this filing through the Court's system.

By:
Richard A. Stefani, Esq.