UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| *CHERYL A. DOWNS, et al.,* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>*BASF CORP, et al.,* )<br>)<br>Defendants. ) | Cause No. 18-cv-33-RP-CFB |

### NOTICE OF SETTLEMENT OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT DSM FOOD SPECIALTIES USA, INC. ONLY

Defendant DSM Food Specialties USA, Inc. ("DSM") for its Notice of Settlement as to the claims and civil action against DSM only hereby states the following:

1. Plaintiffs Cheryl Downs and Linda Huntley have resolved their civil action against DSM Food Specialties USA, Inc. ("DSM"). A stipulation of dismissal will be submitted to the Court under separate filing.

2. DSM's pending motions and joinders are moot as to DSM only and DSM is no longer requesting the Court rule on such as to DSM only.

SANDBERG PHOENIX & von GONTARD P.C.

 */s/ Casey F. Wong*
Katrina L. Smeltzer
4600 Madison Avenue, Suite 1000
Kansas City, MO  64112
Tel: 816-627-5542
Fax: 816-627-5532
ksmeltzer@sandbergphoenix.com

15488637

        Kevin P. Krueger, MO Bar #33018
        Casey F. Wong, MO Bar #62258
        600 Washington Avenue, Suite 1500
        St. Louis, MO 63101
        Tel:  314-231-3332
        Fax:  314-241-7604
        kkrueger@sandbergphoenix.com
        cwong@sandbergphoenix.com
        *Counsel for DSM Food Specialties USA, Inc.*

### Certificate of Service

     I hereby certify that on the 7th day of July 2021 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

        */s/ Casey F. Wong*

15488637